IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**BRIAN HOWARD,**

    Plaintiff,

v.                                          Civil Action No. **3:23CV12 (RCY)**

**UNKNOWN,**

    Defendant.

## MEMORANDUM OPINION

By Memorandum Order entered on February 7, 2023, the Court directed Plaintiff to complete and return a standardized form for filing a 42 U.S.C. § 1983 complaint. On March 7, 2023, the United States Postal Service returned the February 7, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER" and "Not at Jail." (ECF No. 4, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall accompany this Memorandum Opinion.

                                                                  /s/
                                                      Roderick C. Young
Date: April 3, 2023                             United States District Judge
Richmond, Virginia